IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              Case No. 2:03-20173-001-CM

CAROL A. CUMMINGS,

        Defendant,

## AGREED ORDER FOR DISPOSITION OF BANK ACCOUNTS FROZEN BY MIDWEST REGIONAL CREDIT UNION

The United States of America, by and through its attorneys, Eric F. Melgren, United States Attorney for the District of Kansas, and Tanya Sue Wilson, Assistant United States Attorney for said District, hereby notifies the Court that the United States, defendant Carol A. Cummings, and Midwest Regional Credit Union have agreed that bank accounts currently frozen by Midwest Regional Credit will be applied to restitution owed Midwest Regional Credit Union.

The following agreement has been reached:

1. Midwest Regional Credit Union has frozen a bank account belonging to Carol A. Cummings in the amount of $1198.75 and a bank account belonging to Carol A. Cummings and Jason Cummings, in the amount of $619.33. Midwest Regional Credit Union has agreed to apply monies in these bank accounts to the restitution of $12,022.55 owed to them in this case.

2. Midwest Regional Credit Union will provide an accounting of monies received to the United States Attorney's Office so proper credit may be given to the restitution balance owed by defendant Carol A. Cummings.

Dated this 7th day of December, 2005.

s/ Carlos Murguia
CARLOS MARGUIA
UNITED STATES DISTRICT JUDGE

APPROVED BY:

ERIC F. MELGREN
United States Attorney


s/Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney
Ks. S.Ct. No. 11116
Federal Building, Suite 290
444 S.E. Quincy
Topeka, Kansas 66683-3592
Telephone: (785) 295-2850
Facsimile: (785) 295-2853
Attorneys for the United States

CAROL A. CUMMINGS
8114 Georgia Avenue
Kansas City, Kansas 66109
Defendant

Lloyd Nugent, President/CEO
7240 State Avenue
Kansas City, KS 66112